## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Goddess and Baker Wacker L.L.C.

                                  Plaintiff,

v.                                                   Case No.: 1:21−cv−01597
                                                         Honorable John Z. Lee

Sterling Bay Companies, L.L.C

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 30, 2021:

      MINUTE entry before the Honorable John Z. Lee:Defendant Sterling Bay Companies, LLC's motion for leave to file supplemental authority [35] is granted insofar as the Court will consider the NLRB decision and Plaintiff's response [36] when ruling on the motion to dismiss. Defendant is admonished that future motions must comply with the Court's standing order on motion practice and indicate in the title and the body whether the motion is opposed.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.