# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Goddess and Baker Wacker L.L.C.

              Plaintiff,

v.                      Case No.: 1:21−cv−01597

                      Honorable John Z. Lee

Sterling Bay Companies, L.L.C

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 12, 2022:

   MINUTE entry before the Honorable John Z. Lee: The Court is informed that the parties have settled this matter. Accordingly, this case is dismissed with prejudice with each side to bear their own costs and fees. Civil action terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.